IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| This document relates to: _____ | ) ) ) | |
| JEANETTE DRAIN | ) ) | Case. No. 5:03-cv-00086-DCB-JMR |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| BAYER CORPORATION | ) ) | |
| Defendant, | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice as to defendant Bayer Corporation only. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to defendant Bayer Corporation only, with each party to bear its own costs. This Order of dismissal does not affect the rights of Plaintiff to proceed in her pending matter against The Delaco Company in the United States Bankruptcy Court for the Southern District of New York.

Dated this 2nd day of June, 2006.

                                                  <u>S/DAVID BRAMLETTE</u>
                                                  United States District Judge

Presented by:

Burns, Cunningham, Mackey & Fillingim

By: <u>/s/William M. Cunningham, Jr.</u>
     William M. Cunningham, Jr.
     Attorneys for Plaintiff

Watkins & Eager PLLC

By: <u>/s/ C. Joyce Hall</u>
     C. Joyce Hall
     Attorneys for Defendant Bayer Corporation