IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | |
| This document relates to: _____ | ) ) ) | |
| JEANETTE DRAIN | ) ) | Case. No. 5:03-cv-00086-DCB-JMR |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| BAYER CORPORATION | ) ) | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| Defendant, | ) ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the parties' Stipulation of Dismissal with Prejudice as to defendant Bayer Corporation. Based upon the parties' stipulation, which has been agreed to and signed by counsel for all parties to this action, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

IT IS HEREBY ORDERED THAT this action is dismissed with prejudice as to defendant Bayer Corporation, with each party to bear its own costs.

[Proposed] Order of Dismissal With Prejudice

- 1 -

Watkins & Eager PLLC
P. O. Box 650
Jackson, MS  39205
(601) 948-6470

121124v1

Dated this 25th day of May, 2006.

                                          S/DAVID BRAMLETTE
                                          United States District Judge

Presented by:

Burns, Cunningham, Mackey & Fillingim

By: /s/William M. Cunningham, Jr.
     William M. Cunningham, Jr.
     Attorneys for Plaintiff

Watkins & Eager PLLC

By: /s/ C. Joyce Hall
     C. Joyce Hall
     Attorneys for Defendant Bayer Corporation

[Proposed] Order of Dismissal With Prejudice — - 2 -

Watkins & Eager PLLC
P. O. Box 650
Jackson, MS  39205
(601) 948-6470

121124v1